

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX.
FT WORTH DIVISION

2007 DEC 14 PM 8: 47

CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| LINDA TRICE, § § § Plaintiff, § § vs. § Civil Action No. 4:07-CV-480-A § § COMMERICAL RECOVERY SYSTEMS, § INC., § § Defendant. § | |

### STIPULATION OF DISMISSAL

TO THE HONORABLE JUDGE OF THIS COURT:

1. Plaintiff, LINDA TRICE, files this Stipulation of Dismissal under Federal Rule Civil Procedure 41(a)(1)(i).

2. Plaintiff moves to dismiss this suit with prejudice.

3. Defendant, who has not answered, agrees to the dismissal.

4. All matters in controversy have been resolved.

5. This case is not a class action, and a receiver has not been appointed.

6. This action is not governed by any statute of the United States that requires an order of the court for dismissal of this case.

7. Plaintiff has not dismissed an action based on or including the same claim or claims as those presented in this suit.

8. This dismissal is with prejudice.

9. Costs are taxed to Plaintiff.

Respectfully submitted,

By: /s/ Jerry J. Jarzombek
Jerry J. Jarzombek, SBN: 10589050
714 W. Magnolia
Fort Worth, Texas 76104
(817) 348-8325
(817) 348-8328 Facsimile

ATTORNEY FOR PLAINTIFF