IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| LINDA TRICE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 4:07-CV-480-A |
| | § | |
| | § | |
| COMMERICAL RECOVERY SYSTEMS, INC., | § | |
| | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

On this the 17 day of Dec., 2007, the Court considered the Plaintiff's Stipulation of Dismissal. After considering the Stipulation, the Court:

GRANTS the Stipulation and dismisses this case with prejudice.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that costs are taxed to Plaintiff.

Any relief not herein granted is hereby specifically denied.

SIGNED this the 17 day of Dec., 2007.

_____
U.S. DISTRICT JUDGE PRESIDING

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
DEC 17 2007
CLERK, U.S. DISTRICT COURT
By _____
Deputy